```
 1  ADAM WANG, Bar No. 201233
    LAW OFFICES OF ADAM WANG
 2  12 South First Street, Suite 708
    San Jose, CA 95113
 3  Tel: (408) 292-1040
    Fax: (408) 416-0248
 4  waqw@sbcglobal.net

 5  Attorney for Plaintiffs

 6
    PASCAL ANASTASI, ESQ.
 7  P.O. Box 1600
    Aptos, CA 95001
 8  (831) 661-0771
    Attorney for Defendants
 9
```

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| JOSE JESUS RAMIREZ, ET AL | Case No.: C08 04205 JF |
|---|---|
| Plaintiffs, | STIPULATION TO DISMISS WITH PREJUDICE & [PROPOSED] ORDER THEREON |
| vs. | |
| CLARK'S HARWOOD FLOORS, ET AL | |
| Defendants | |

Plaintiffs and Defendants, through their respective counsel, hereby stipulate as follows:

1. Parties have reached a settlement with respect to all claims of all Plaintiffs against all Defendants in this case.

2. As such, parties hereby stipulate to dismiss this action in its entirety with prejudice.

3. The Parties stipulate that this Court should retain its jurisdiction over this case for the purpose of enforcing the settlement agreement.

1      C08-04205 JF

STIPULATION TO DISMISS

|   |   |
|---|---|
|   | RESPECTFULLY SUBMITTED, |
| Dated: February 5, 2009 | By:  /s/ ADAM WANG |
|   | ADAM WANG |
|   | Attorney for Plaintiffs |
| Dated: February 5, 2009 |   |
|   | By: _____ |
|   | PASCAL ANASTASI |
|   | Attorney for Defendants |

[PROPOSED] ORDER

Pursuant to party's stipulation, IT IS SO ORDERED.

Dated: ~~January _____, 2008~~ February 6, 2009

_____
Hon. Jeremy Fogel
United States District Court Judge

2                    C08-04205 JF

STIPULATION TO DISMISS